Gregory A. SMITH, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–1146.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2001.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

---

1. *Gann v. United States*, No. 01–210C (Fed. Cl. April 20, 2001).

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.